UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
LOUIS B. STEVENS

NO. 20-10374 JKF
CHAPTER 13
HEARING: MAY 12, 2020

CERTIFICATION OF SERVICE OF MOTION OF CAB EAST, LLC/ LINCOLN
AUTOMOTOVE FINANCIAL SERVICES FOR RELIEF FROM STAY
WITH AMENDED HEARING NOTICE

Howard Gershman, Esquire certifies that a true and correct copy of the Motion of CAB East, LLC/Lincoln Automotive Financial Services LLC for Relief from the Automatic Stay, and the Amended Notice of Response Date and Hearing were sent this date by first class mail, postage prepaid to the parties listed below.

Date: April 20, 2020

GERSHMAN LAW OFFICES, PC

Howard Gershman
610 York Road, Suite 200
Jenkintown, PA 19046
(215) 886.1120

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Paul H. Young, Esquire
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA  19020

Mr Louis B. Stevens
122 Annabel Road
North Wales, PA 19454