IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

LOUIS B. STEVENS

NO. 20-10374 JKF
CHAPTER 13

ORDER GRANTING CAB EAST, LLC/LINCOLN AUTOMOTIVE FINANCIAL SERVICES RELIEF FROM STAY RE: LEASED 2019 LINOCLN NAVIGATOR

In consideration of the Motion of CAB East, LLC/Lincoln Automotive Financial Services for Relief from the Automatic Stay, there being no response thereto, it is hereby ORDERED, that:

CAB East, LLC/Lincoln Automotive Financial Services is granted relief from the Automatic Stay of Bankruptcy Code 362a, and is free to exercise all of its rights as the owner/lessor of a 2019 Lincoln Navigator [VIN...2426] leased by Debtor, Louis B. Stevens, as more particularly described in the Motion.

BY THE COURT:

Dated: May 13, 2020

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

**Interested Parties:**

Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Ste. 200
Jenkintown, PA 19046

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Paul H. Young
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA  19020