United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Louis B. Stevens  
    Debtor

Case No. 20-10374-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: May 13, 2020  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.  
db          +Louis B. Stevens,   122 Annabel Road,   North Wales, PA 19454-4418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:

        HOWARD GERSHMAN    on behalf of Creditor    CAB East LLC/Lincoln Automotive Financial Services  
         hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net  
        PAUL H. YOUNG    on behalf of Debtor Louis B. Stevens support@ymalaw.com, ykaecf@gmail.com,  
         paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
        POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee for  
         Upland Mortgage Loan Trust A bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association, et.al.  
         paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                       TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

LOUIS B. STEVENS

NO. 20-10374 JKF
CHAPTER 13

ORDER GRANTING CAB EAST, LLC/LINCOLN AUTOMOTIVE FINANCIAL SERVICES RELIEF FROM STAY RE: LEASED 2019 LINOCLN NAVIGATOR

In consideration of the Motion of CAB East, LLC/Lincoln Automotive Financial Services for Relief from the Automatic Stay, there being no response thereto, it is hereby ORDERED, that:

CAB East, LLC/Lincoln Automotive Financial Services is granted relief from the Automatic Stay of Bankruptcy Code 362a, and is free to exercise all of its rights as the owner/lessor of a 2019 Lincoln Navigator [VIN…2426] leased by Debtor, Louis B. Stevens, as more particularly described in the Motion.

BY THE COURT:

Dated: May 13, 2020

HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

**Interested Parties:**

Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Ste. 200
Jenkintown, PA 19046

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Paul H. Young
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA  19020