UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :
         LOUIS B. STEVENS                 :  Chapter 13
                                          :
         Debtor(s)                        :  Bankruptcy No.  20-10374 AMC

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F.

Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby

**ORDERED** that this case is **DISMISSED** and that any wage orders previously entered

are **VACATED**.

BY THE COURT

**Date: July 8, 2020**

_____
Judge Ashely M. Chan