```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                          Case No. 20-10374-amc
Louis B. Stevens                                                Chapter 13
      Debtor                    CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW              Page 1 of 2          Date Rcvd: Jul 08, 2020
                            Form ID: pdf900             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db             +Louis B. Stevens,   122 Annabel Road,   North Wales, PA 19454-4418
14481948       +Ascendium Education Solutions and Affiliates,   PO Box 809142,   Chicago IL 60680-9142
14481771       +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
14454977       +Fay Servicing Llc,   1601 Lbj Freeway,   Farmers Branch, TX 75234-6512
14458718       +Fay Servicing, LLC,   c/o McCalla Raymer Leibert Pierce, LLC,   Bankruptcy Department,
                 1544 Old Alabama Road,   Roswell, GA 30076-2102
14454978       +Fed Loan Serv,   Pob 60610,   Harrisburg, PA 17106-0610
14454979       +Lincoln Automotive Fin,   Pob 54200,   Omaha, NE 68154-8000
14456255       +Lincoln Automotive Financial Services,   PO Box 62180,   Colorado Springs, CO 80962-2180
14481300        Nelnet obo Ascendium Education Solutions,   Ascendium Education Solutions,   PO Box 8961,
                 Madison WI 53708-8961
14454981       +Sallie Mae Bank Inc,   Po Box 3229,   Wilmington, DE 19804-0229
14465974       +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, Tx 76161-0244
14454982       +Santander Consumer Usa,   Po Box 961211,   Fort Worth, TX 76161-0211
14463164        U.S. Bank National Association, et al,   Wells Fargo Bank, N.A.,   Default Document Processing,
                 MAC# N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
14461905        U.S. Bank National Association, et.al,   c/o Thomas Song, Esq.,
                 Phelan Hallinan Diamond & Jones, LLP,   1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,   Philadelphia, PA 19103
14461456        U.S. Bank National Association, et.al.,   C/o Thomas Song, Esq.,
                 1617 JFK Boulevard, Suite 1400,   One Penn Center Plaza,   Philadelphia, PA 19103
14489492        U.S. Bank Trust National Association, et. al.,   P.O. Box 814609,   Dallas, TX 75381-4609
14463278       +Wells Fargo Bank, N.A.,   1 Home Campus,   Des Moines IA 50328-0001
14465861       +Wilmington Savings Fund Society, FSB,,   as trustee for Upland Mortgage Loan Trus,
                 c/o REBECCA ANN SOLARZ,   KML Law Group, P.C.,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14465662       +Wilmington Savings Fund Society, FSB, as trustee f,   C/O KML Law Group,
                 701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 09 2020 05:05:20    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 09 2020 05:04:44
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 09 2020 05:05:16    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14454975       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2020 05:12:14
                 Capital One Bank Usa N,   Po Box 30281,   Salt Lake City, UT 84130-0281
14481771       +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 09 2020 05:04:26
                 Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
14456077       +E-mail/Text: bankruptcy@cavps.com Jul 09 2020 05:05:13    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14454980       +E-mail/Text: electronicbkydocs@nelnet.net Jul 09 2020 05:05:04    Nelnet Lns,   Po Box 82561,
                 Lincoln, NE 68501-2561
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              WELLS FARGO BANK N.A.
cr*            +Fay Servicing, LLC,   c/o McCalla Raymer Leibert Pierce, LLC,   Bankruptcy Dept,
                 1544 Old Alabama Road,   Roswell, GA 30076-2102
14469799*      +Fay Servicing, LLC,   c/o MCCALLA RAYMER LEIBERT PIERCE, LLC,   Bankruptcy Department,
                 1544 Old Alabama Road,   Roswell, GA 30076-2102
14454976      ##+Carrington Mortgage Se,   15 Enterprise St,   Aliso Viejo, CA 92656-2653
                                                                                TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2              Date Rcvd: Jul 08, 2020
                              Form ID: pdf900             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              HOWARD   GERSHMAN    on behalf of Creditor    CAB East LLC/Lincoln Automotive Financial Services
               hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
              MARIO J. HANYON    on behalf of Creditor    U.S. Bank National Association, et.al. paeb@fedphe.com
              PAUL H. YOUNG    on behalf of Debtor Louis B. Stevens support@ymalaw.com,  ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee for
               Upland Mortgage Loan Trust A bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association, et.al.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
                                                  :
   LOUIS B. STEVENS                   : Chapter 13
                                                  :
       Debtor(s)   : Bankruptcy No.  20-10374 AMC

<u>ORDER</u>

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby

**ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

BY THE COURT

**Date: July 8, 2020**

_____
Judge Ashely M. Chan