| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 20-10374-AMC

Louis B. Stevens
122 Annabel Road
North Wales  PA    19454

Petition Filed Date: 01/21/2020
341 Hearing Date: 03/27/2020
Confirmation Date:

Case Status: Dismissed Before Confirmation on 7/ 8/2020

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/05/2020 | $3,800.00 | | 06/02/2020 | $2,000.00 | | | | |

**Total Receipts for the Period:  $5,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,800.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Louis B. Stevens | Debtor Refunds | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,800.00 | Current Monthly Payment: | $1,935.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $580.00 | Total Plan Base: | $116,100.00 |
| Funds on Hand: | $5,220.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.